UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE FELIPE OSUNA TORRES,<br>Petitioner,<br>v.<br>WARDEN OF NORTHWEST ICE PROCESSING CENTER; DIRECTOR OF FIELD OFFICE OF ICE; and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>Respondents. | No. 2:26-CV-03274-SAB<br><br>**ORDER DISMISSING PETITION** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1. Petitioner is representing himself in the matter. Respondents are represented by Michelle R. Lambert.

Petitioner's Petition was filed with the Court on September 11, 2026. On September 13, 2026, Respondents filed a notice indicating that Petitioner was removed to Mexico on August 30, 2026, prior to the filing of his Petition. Jurisdiction over a habeas petition attaches the moment the petition is filed. *Francis v. Rison*, 894 F.2d 353, 354 (9th Cir. 1989). As Petitioner was not in custody at the time his Petition was filed, the Court lacks jurisdiction over the matter. Further, a petition for habeas relief becomes moot when the petitioner is no

longer in custody, so long as there are no collateral consequences from the detention that can be addressed by adjudicating the merits of the petition. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). As Petitioner was removed from the United States and is accordingly no longer in custody, his Petition is moot.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED as moot**.

2. Petitioner's Motion for Appointment of Counsel, ECF No. 2, is **DISMISSED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and pro se Petitioner, and **close** the file.

**DATED** this 29th day of October 2026.

Stanley A. Bastian
United States District Judge